# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2023-1513

_____

KRISTA SUBLETT BOWMAN,

Appellant,

v.

UNIFI DELTA AIRLINES and
GALLAGHER BASSETT SERVICES,
INC,

Appellees.

_____

On appeal from the Office of the Judges of Compensation Claims.
Jonathan E. Walker, Judge.

Date of Accident: December 21, 2021.

April 8, 2024

PER CURIAM.

AFFIRMED.

B.L. THOMAS, RAY, and KELSEY, JJ., concur.

———————————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

———————————————————

Paul M. Anderson and Jordan D. Anderson of Anderson & Hart, P.A., Tallahassee, for Appellant.

Matthew W. Bennett and William H. Rogner, Orlando, for Appellees.